**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1453**

CHRISTOPHER L. CARTER,

        Plaintiff – Appellant,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:13-cv-00299-REP)

Submitted: October 28, 2014      Decided: November 10, 2014

Before KING and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher L. Carter, Appellant Pro Se. Jonathan Holland Hambrick, Robin Perrin Meier, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher L. Carter appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Commissioner in this action seeking review of the Commissioner's decision denying Carter's application for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carter v. Comm'r Soc. Sec., No. 3:13-cv-00299-REP (E.D. Va. Mar. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED